IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

$5,532.00 in United States Currency,

Defendant.                                              No. 08-cv-893-DRH

## JUDGMENT AND DECREE FOR FORFEITURE

**HERNDON, Chief Judge:**

A default having been entered as to Fernando Rangel, and all interested parties in the above case on the 29th day of June, 2009, (Doc. No. 7), all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with the Court as to the requested relief;

On the 17th day of December, 2008, a Verified Complaint for Forfeiture against the defendant, more further described as $5,532.00 in United States Currency, was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, and money used to facilitate in violation of 21 U.S.C. § 801 *et seq.* and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on January 15, 2009;

That notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning January 19, 2009; and

That Fernando Rangel, and all interested parties were defaulted on June 29, 2009 (Doc. No. 7).

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as $5,532.00 in United States Currency, is hereby **ORDERED FORFEITED** to the United States of America and no right, title or interest in the property shall exist in any other party. Judgment is hereby entered in favor of the United States of America and against Defendant. The defendant property shall be disposed of according to law by the Bureau of Alcohol, Tobacco, Firearms and Explosives or by the United States Marshal.

**IT IS SO ORDERED.**

**Signed this 30th day of July, 2009.**

/s/    David R Herndon
**Chief Judge**
**United States District Court**